# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:08-cv-00392 LJO GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) | (Document 11) |
| ESPERANZA ESQUIVEL, individually and d/b/a VALLARTA RESTAURANT | ) | |
| Defendant. | ) | |

On October 20, 2008, the Magistrate Judge issued Findings and Recommendations that (1) Plaintiff's application for default judgment be granted; (2) judgment be entered in this action against Defendant; and (3) damages in the total amount of $30,000 be awarded. These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order. More than fifteen (15) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 20, 2008, are ADOPTED IN FULL;
2. Plaintiff's application for default judgment is GRANTED;
3. Judgment shall be ENTERED in this action against in favor of plaintiff and against Defendant; and
4. Damages in the total amount of $30,000 shall be AWARDED as follows:
    a. For violation of 47 U.S.C. § 553, the sum of $10,000;
    b. For violation of 47 U.S.C. § 605, the sum of $10,000;
    c. For violations of 47 U.S.C. § 553(c)(3)(B) and 47 U.S.C. § 605 (e)(3)(C)(ii), the sum of $10,000.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   November 12, 2008            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE